IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                                                     5:23-mj-1016-PRL

ALYSSA JUNE WHITE,
    Defendant.
_____/

## ORDER

The Defendant is advised that pursuant to Rule 20 of the Fed. R. Crim. P.:

"A prosecution may be transferred from the district where the indictment or information is pending . . . . to the district where the defendant is arrested, held, or present if:

(1) the defendant states in writing a wish to plead guilty or nolo contendere and to waive trial in the district where the indictment, information, or complaint is pending, consents in writing to the court's disposing of the case in the transferee district, and files the statement in the transferee district; and

(2) the United States attorneys in both districts approve the transfer in writing."

Rule 20, Fed. R. Crim. P.

**IT IS SO ORDERED** in Ocala, Florida, on January 23, 2023.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Defendant